IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>STEVEN RODNEY ESCH and MANUELA FERNANDEZ VILLEGAS,<br><br>                       Defendant. | **8:17CR258**<br><br>**ORDER** |

This matter is before the court on Defendant Esch's Unopposed Motion to Continue Trial [24] and Unopposed Motion to Continue Trial [25]. Counsel is seeking additional time to prepare for trial. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [24] is denied as moot, the Unopposed Motion to Continue Trial [25] is granted as follows:

1. The jury trial, **as to both defendants,** now set November 7, 2017 is continued to **December 12, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 12, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 6th day of November, 2017.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge